IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| ALICE RUSSELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN GREETINGS CORPORATION, | ) | Civil Action 3:10CV00039-WRW |
| | ) | |
| | ) | Jury Demand |
| | ) | |
| Defendant. | ) | |

**ORDER ON JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a), the parties have apprised the Court that this case has been resolved, and that they are in agreement that this matter can be dismissed, with prejudice. (*See* Docket No. 9). Therefore, it is **ORDERED, ADJUDGED AND DECREED** that this case is **DISMISSED WITH PREJUDICE.**

Dated this 27th day of January, 2011.

/s/Billy Roy Wilson
UNITED STATES JUDGE DISTRICT

Respectfully submitted, this 26th day of January 2011.

/s/ Jonathan O. Harris
Jonathan O. Harris
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
SunTrust Plaza, Suite 1200
401 Commerce Street
Nashville, TN  37219
(615) 254-1900
(615) 254-1908 *Facsimile*
jon.harris@odnss.com

Attorneys for Defendant
American Greetings Corporation


/s/ Garland L. Watlington
Garland L. Watlington (Bar No. 72401)
247 S. Main Street
Jonesboro, AR 72401
870-972-6110
gwatlington@gmail.com

Attorney for Plaintiff

9737863.1 (OGLETREE)